| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff    Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | |
| Plaintiff: Iris Yetter, et al | |
| Defendant: Buy Buy Baby, Inc. | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint**    Hearing Date:    Time:    Dept/Div:    Case Number:<br>08CV0186(SDNY) | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint; Correspondence dated 1/15/08

3. a. Party served:                     Buy Buy Baby
   b. Person served:                    Kevin Vohnoutka, Person Authorized to Accept Service

4. Address where the party was served:  Corporation Service Company
                                        80 State Street
                                        Albany, NY 12207

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 16, 2008 (2) at: 2:17PM

7. **Person Who Served Papers:**                    *Fee for Service:*
   a. Michael Alvaro                                I Declare under penalty of perjury under the laws of the State of
   b. Class Action Research &                       New York that the foregoing is true and correct.
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663                              1/17/08          _____
   c. (866) 663-9590, FAX (866) 663-4955            (Date)           (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.    1/17/08    JAN 22 2008

   My Commission Expires ___2009___
                          (Date)                    AFFIDAVIT OF SERVICE        (Notary Public)
   GARY T. SMITH                                    Summons & Complaint                              sarud.102161
   NOTARY PUBLIC - STATE OF NEW YORK
   NO. 01SM5053659
   QUALIFIED IN ALBANY COUNTY
   COMMISSION EXPIRES DECEMBER 26