Sand, J

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

IRIS YETTER, on behalf of herself and all others similarly situated,

                  Plaintiff,

-against-

BUY BUY BABY, INC.,

                  Defendants.

----------------------------------------------------------------X

Civil Action No. 08-CV-0186 (LBS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for the undersigned defendants to answer, move against or otherwise respond to the Complaint is extended until February 22, 2008.

Dated: January 31, 2008
       New York, New York

MORGAN, LEWIS & BOCKIUS LLP

By: _____

Brian A. Herman (BH 0731)
101 Park Avenue
New York, New York 10178
(212) 309-6000

Attorneys for Buy Buy Baby, Inc.

COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP

By: _____

Samuel H. Rudman
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

Attorneys for Iris Yetter, et al.

SO ORDERED

_____
THE HONORABLE LEONARD B. SAND
United States District Judge
2/4/08