UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-08

————————————————————— x
IRIS YETTER, on Behalf of Herself and All : Civil Action No. 08-cv-00186
Others Similarly Situated, :
 :  CLASS ACTION
                        Plaintiff, :
 :  [PROPOSED] ORDER FOR ADMISSION
    vs. :  PRO HAC VICE ON WRITTEN MOTION
 :
BUY BUY BABY, INC., :
 :
                        Defendant. :
————————————————————— x

Upon the motion of Samuel H. Rudman, attorney for plaintiff Iris Yetter, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>Michael L. Greenwald
>COUGHLIN STOIA GELLER RUDMAN
>  & ROBBINS LLP
>120 East Palmetto Park Road, Suite 500
>Boca Raton, FL  33432
>Telephone: 561/750-3000
>561/750-3364 (fax)
>E-mail: Mgreenwald@csgrr.com

is admitted to practice *pro hac vice* as counsel for plaintiff Iris Yetter in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED: February 6, 2008

THE HONORABLE LEONARD B. SAND
UNITED STATES DISTRICT JUDGE