UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

IRIS YETTER, on Behalf of Herself and All Others Similarly Situated,

                Plaintiff,

vs.

BUY BUY BABY, INC.,

                Defendant.

----------------------------------------x

Civil Action No. 08-cv-00186

CLASS ACTION

MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel H. Rudman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Michael L. Greenwald
> COUGHLIN STOIA GELLER RUDMAN
>   & ROBBINS LLP
> 120 East Palmetto Park Road, Suite 500
> Boca Raton, FL 33432
> Telephone: 561/750-3000
> 561/750-3364 (fax)

Michael L. Greenwald is a member in good standing of the Bar of the State of Florida, the United States District Courts of the Middle and Southern Districts of Florida. There are no pending disciplinary proceedings against Michael L. Greenwald in any State or Federal court.

DATED: February 1, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)

/s/ Samuel H. Rudman
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
STEPHEN R. ASTLEY
MICHAEL L. GREENWALD
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Kelly Stadelmann, hereby certify that that on February 1, 2008, I caused a true and correct copy of the attached:

*Motion for Admission Pro Hac Vice and Supporting Papers*

to be served by first-class mail to:

Brian A. Herman
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York  10178

Kelly Stadelmann

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IRIS YETTER, on Behalf of Herself and All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>vs.<br><br>BUY BUY BABY, INC.,<br><br>                   Defendant. | Civil Action No. 08-cv-00186<br><br>CLASS ACTION<br><br>AFFIDAVIT OF SAMUEL H. RUDMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

SAMUEL H. RUDMAN, being duly sworn, deposes and says as follows:

1. I am a member of Coughlin Stoia Geller Rudman & Robbins LLP, Counsel for plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Michael L. Greenwald as counsel *pro hac vice* to represent plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in May 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. Michael L. Greenwald is a member of Coughlin Stoia Geller Rudman & Robbins LLP, in Boca Raton, Florida.

4. I have found Michael L. Greenwald to be a skilled attorney and a person of integrity. He is experienced in Federal practice and familiar with the Federal Rules of Procedure.

5. Accordingly, I am placed to move for the admission of Michael L. Greenwald, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Michael L. Greenwald, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael L. Greenwald, *pro hac vice*, to represent plaintiff in the above-captioned matter be granted.

DATED: February 1, 2008

SAMUEL H. RUDMAN (SR-7957)

- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
IRIS YETTER, on Behalf of Herself and All : Civil Action No. 08-cv-00186
Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
: [PROPOSED] ORDER FOR ADMISSION
vs. : PRO HAC VICE ON WRITTEN MOTION
:
BUY BUY BABY, INC., :
:
Defendant. :
---------------------------------------------------------------x

Upon the motion of Samuel H. Rudman, attorney for plaintiff Iris Yetter, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>Michael L. Greenwald
>COUGHLIN STOIA GELLER RUDMAN
>  & ROBBINS LLP
>120 East Palmetto Park Road, Suite 500
>Boca Raton, FL  33432
>Telephone:  561/750-3000
>561/750-3364 (fax)
>E-mail:  Mgreenwald@csgrr.com

is admitted to practice *pro hac vice* as counsel for plaintiff Iris Yetter in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED:  February ____, 2008

_____
THE HONORABLE LEONARD B. SAND
UNITED STATES DISTRICT JUDGE

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**MICHAEL LEWIS GREENWALD**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **September 21, 2004,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this January 28, 2008.*

*Clerk of the Supreme Court of Florida*