UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IRIS YETTER, on Behalf of Herself and All,                       :
Others Similarly Situated,                                       :     08 CV 0186 (LBS)
                                                                 :
                               Plaintiff,                        :
                                                                 :     STATEMENT PURSUANT
              -against-                                          :     TO F.R.C.P. 7.1
                                                                 :
BUY BUY BABY, INC.,                                              :
                                                                 :
                               Defendants.                       :
                                                                 :
-----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants BUY BUY BABY, INC., states as follows:

Defendant BUY BUY BABY, INC. ("BABY") is a wholly-owned subsidiary of Bed Bath & Beyond Inc., a publicly held corporation, traded on the NASDAQ under the symbol BBBY.

More than 10% of Bed Bath & Beyond Inc. stock is owned by T. Rowe Price Associates, Inc., a publicly held corporation, traded on the NASDAQ under the symbol TROW.

Dated:  New York, New York
        February 22, 2008

                                        MORGAN, LEWIS & BOCKIUS LLP

                                        By: _____
                                            Brian A. Herman (BH-0731)
                                            101 Park Avenue
                                            New York, NY 10178-0060
                                            Telephone: (212) 309-6000
                                            Attorneys for Defendant