**CERTIFICATE OF SERVICE**

       I hereby certify that I caused to be served true and correct copies of Defendants' Answer and 7.1 Disclosure Statement, both dated February 22, 2008 via electronic mail on the 22nd day of February, 2008, on:

> Stephen R. Astley
> Coughlin Stoia Geller Rudman & Robbins, LLP
> 120 East Palmetto Park Road
> Suite 500
> Boca Raton, FL 33432
> sastley@csgrr.com
>
> Michael L. Greenwald
> Coughlin Stoia Geller Rudman & Robbins, LLP
> 120 East Palmetto Park Road
> Suite 500
> Boca Raton, FL 33432
> mgreenwald@csgrr.com
>
> Samuel H. Rudman
> Coughlin Stoia Geller Rudman & Robbins, LLP
> 58 South Service Road, Suite 200
> Melville, NY 11747
> srudman@csgrr.com
>
> Attorneys for Plaintiff

       In addition, Mr. Rudman was served both documents on S.D.N.Y.'s Electronic Court Filing System. Mr. Greenwald and Mr. Astley were served paper copies via Federal Express. I affirm that the foregoing statements are true, under penalty of perjury.

                                                                Kate F. McMahon

Kate F. McMahon, Esq.
Morgan, Lewis & Bockius, LLP.
101 Park Avenue
New York, NY 10178