**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
IRIS YETTER, on behalf of herself and all : Civil Action No. 08 CV 0186 (LBS)
others similarly situated, :
:
            Plaintiff, :
:
    v. :
:
BUY BUY BABY INC., :
:
            Defendant. :
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-08

## STIPULATION STAYING PROCEEDINGS

    WHEREAS, Plaintiff alleges that Defendant Buy Buy Baby Inc. ("Baby") willfully violated provisions of the Fair and Accurate Credit Transactions Act, 15 U.S.C. §1681, *et. seq.* ("FACTA") concerning the issuance of credit card receipts bearing expiration dates on and after December 4, 2006;

    WHEREAS, Plaintiff alleges Baby is liable for monetary damages under FACTA;

    WHEREAS, on May 13, 2008, the United States House of Representatives passed a bill, H.R. 4008, which, if enacted into law, would retroactively eliminate any potential liability for Baby under FACTA's "willfulness" provisions for allegedly issuing credit card receipts bearing expiration dates;

    WHEREAS, on May 6, 2008, Senator Charles Schumer introduced to the Senate S. 2978, a bill parallel to H.R. 4008, which is believed to be likely to be considered for passage shortly;

    WHEREAS, the parties believe that it is appropriate to stay this action while the Senate considers S. 2978 and that such a stay will promote judicial efficiency and avoid the unnecessary expenditure of the parties' resources;

**MEMO ENDORSED**

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to stay this matter until July 21, 2008. Nothing herein shall prevent one or more of the parties from seeking an additional stay upon expiration of the stay.

DATED: May 16, 2008

_____
Michael L. Greenwald (*pro hac vice*)
Stephen R. Astley (*pro hac vice*)
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
120 East Palmetto Park Road
Boca Raton, FL 33432
Telephone: 561/750-3000

*Counsel for Plaintiff*

_____
Brian A. Herman
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: 212/309-6000

*Counsel for Defendant*

**IT IS SO ORDERED:**

Dated: 5/19/08

_____
The Honorable Leonard B. Sand
United States District Judge

*[Handwritten note:]* The case shall be placed on the court's suspense docket subject to return to the court's active docket upon application by either party.

So ordered.

[Signature] Sand
5/19/08   USDJ

**MEMO ENDORSED**