

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
IRIS YETTER, on behalf of herself and all : Civil Action No. 08 CV 0186 (LBS)
others similarly situated,              :
                                        : **STIPULATION AND ORDER OF**
                Plaintiff,              : **DISMISSAL WITH PREJUDICE**
                                        :
        v.                              :
                                        :
BUY BUY BABY INC.,                      :
                                        :
                Defendant.              :
------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that pursuant to Fed. R. Civ. P. Rule 41(a)(1), this action is hereby dismissed with prejudice with each side to bear its own attorneys' fees and costs.

Dated: June 11, 2008
       New York, New York

_____              _____
Michael L. Greenwald (*pro hac vice*)   Brian A. Herman  (BH 0731)
COUGHLIN STOIA GELLER RUDMAN &          MORGAN, LEWIS & BOCKIUS LLP
ROBBINS LLP                             101 Park Avenue
120 East Palmetto Park Road             New York, NY 10178
Boca Raton, FL 33432                    Telephone: 212/309-6000
Telephone: 561/750-3000

*Counsel for Plaintiff*                 *Counsel for Defendant*

IT IS SO ORDERED:

                                        _____
Dated: 6/12/08                          The Honorable Leonard B. Sand
                                        United States District Judge

I-NY/2322555.1